UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL CORP,

           Plaintiff,

     v.

SAINT-GOBAIN ADVANCED CERAMICS, LLC,

           Defendant.

_____

**STIPULATION**
**SELECTION OF MEDIATOR**

Civil Index No.:
18-CV-1405-WMS

     IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Krista Gottlieb, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

     IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on April 3, 2019 at 9:00 a.m.

     IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Case Management Order.

Dated:  March 8, 2019
       Buffalo, New York

THE TARANTINO LAW FIRM, LLP

By: /s/ Kevin P. Wicka
Kevin P. Wicka, Esq.
Justina Potenzo, Esq.
Attorneys for Plaintiff
1500 Rand Building
14 Lafayette Square
Buffalo, NY 14203
Tele: (716) 849-6500
E-mail: kwicka@tarantinolaw.com

and

Dated:  March 8, 2019
       Rochester, New York

PHILLIPS LYTLE LLP

By: /s/ Linda Prestegaard
Linda Prestegaard, Esq.
Alissa Fortuna-Valentine, Esq.
Attorneys for Defendant
28 East Main Street, Suite 1400
Rochester, New York 14614
Tele:  (585) 238-2029
Fax:   (585) 232-3141
E-mail: lprestegaard@phillipslytle.com